UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HESSER SAVIER DOMINGUEZ LINARES,

Petitioner,

v. Case No.: 2:26-cv-02878-SPC-KRH

WARDEN, GLADES COUNTY DETENTION CENTER,

Respondents.

______________________________/

**OPINION AND ORDER**

Before the Court are Hesser Savier Dominguez Linares's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 3).

Dominguez Linares, a noncitizen in immigration detention, sought habeas relief in *Dominguez Linares v. Ripa*, M.D. Fla. Case No. 2:26-cv-1478-JES-NPM. Judge John Steele granted the petition and ordered the respondents to either bring Dominguez Linares before an immigration judge for a bond hearing or release him from custody.

On May 26, 2026, Immigration Judge Stuart Siegel applied the *Guerra* factors, found that DHS established Dominguez Linares to be a flight risk, and denied bond. (Doc. 3-1 at 9). Dominguez Linares argues that his prolonged detention violates the Fifth Amendment, and that he is not a flight risk or danger to the community. But the government afforded him due process in the

form an individualized, merits-based bon hearing at which the government bore the burden of proof. The proper way to challenge the result of the bond hearing is appeal to the BIA. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Dominguez Linares's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on November 9, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record